SO ORDERED.

Dated: February 28, 2025



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL**<br><br>Hearing Date: February 27, 2025<br>Hearing Time: 1:30 p.m. |

This matter having come before to consider the *Emergency Motion for Interim and Final Order Authorizing Debtor to Use Cash Collateral* ("Motion") [DE 11] filed by Neddy, LLC dba Fortress Asphalt, Debtor and Debtor-in-Possession in the above-captioned bankruptcy case ("Debtor"), and for good cause appearing

IT IS HEREBY ORDERED granting the motion on an interim basis through March 15, 2025.

IT IS HEREBY FURTHER ORDERED that the use of cash collateral authorized hereby is conditioned on the payment to The Huntington Bank ("Huntington") of adequate protection payments of $7,500 per month plus all interest on the Huntington line of credit, with the first $7,500 payment and line-of-credit interest payment of $400 due by February 28, 2025 which shall be applied to the payments owed to Huntington for the month of March 2025.

/ / /

/ / /

IT IS HEREBY FURTHER ORDERED authorizing the use of cash collateral upon the terms and conditions described in the Motion and in accordance with the amended budget attached hereto.

IT IS HEREBY FURTHER ORDERED authorizing and directing all applicable banks and financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by Debtor related to the foregoing.

IT IS HEREBY FURTHER ORDERED authorizing the granting of replacement of liens in favor of Huntington against all collateral described in its UCC filings identified in the Motion, and any and all proceeds thereof to the same nature, extent and priority as existed in favor of Huntington on the Petition Date.

IT IS FURTHER ORDERED that a continued hearing on the Motion will be held on March 13, 2025, at 2:30 p m. This hearing may be vacated if Huntington and the Debtor lodge a stipulated Interim Order extending the Debtor's use of cash collateral and which may become a final order upon a 14-day negative notice period.

IT IS FURTHER ORDERED that notwithstanding the limited approval granted in this Order, Huntington may approve requested expenditures without the further order of the Court.

DATED AND SIGNED ABOVE.

# EXHIBIT A

# INTERIM CASH COLLATERAL BUDGET
# (From February 22 to and including March 15, 2025)

| | |
|---|---|
| **STARTING CASH** | $80,000 |
| **INCOME FEB** | $0.00 |
| **EXPENSES FEB** | |
| Salary | $ 4,028 |
| Move Out Office | $ 200 |
| Manual Labor | $ 7,843 |
| Total Feb Expenses | $12,071 |
| **NET OPERATING INCOME FEB** | **($12,071)** |
| **END OF FEB CASH** | **$67,929** |
| | |
| **INCOME MARCH 1 - 15** | $54,945 |
| **EXPENSES MARCH 1-15** | |
| Salaries | $ 8,000 [50% of $16,113] |
| Huntington | $ 7,900 |
| Ford Leases | $ 4,400 [Due on the 12th] |
| Insurance | $ 1,886 |
| New Yard Lease | $ 0.00 [March rent paid pre-petition] |
| Sales Expense | $ 400 [50% of $800] |
| Marketing | $ 1,250 [50% of $2500] |
| Google workspace | $ 92 [50% of $184 |
| Uniforms | $ 370 [50% of $740] |
| Fuel | $ 3,500 |
| Maintenance | $ 625 [50% of $1250] |
| Hourly Labor | $14,500 [50% of $2860] |
| Perishables | $ 1,400 [50% of $2800] |
| Materials | $ 2,250 [50% of $4500] |
| Ditchwhich Equipment Rental | $ 1,900 [50% of $3800] |
| Car Wash | $ 50 [50% of $100] |

Uncertain Expenses $ 0.00 [removed for this time frame]
Total Thru March 15, 2025 $48,523

**NET OPERATING INCOME**
**MARCH 1-15** $  6,422

Combined with **End of Feb Cash**     +     $67,929
**NET MARCH 15 CASH** **$74,351**