NOTE: FORM OF ORDER MODIFIED BY COURT.

SO ORDERED.

Dated: March 5, 2025



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No.: Case No. 2:25-bk-01459-BKM<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ORDER PURSUANT TO § 365(A) OF THE BANKRUPTCY CODE AUTHORIZING DEBTOR TO REJECT UNEXPIRED LEASE**<br><br>AND<br><br>**NOTICE OF BAR DATE FOR FILING REJECTION CLAIMS**<br><br>(9299 W. Olive Ave., Unit 306, Peoria, AZ 85345)<br><br>Hearing Date: February 27, 2025<br>Hearing Time: 1:30 p.m. |

The Court considered the *Emergency Motion For Order Pursuant to § 365(A) of the Bankruptcy Code Authorizing Debtor to Reject Unexpired Lease* ("**Motion**") filed by Neddy, LLC dba Fortress Asphalt (the "**Debtor**"), and for good cause appearing,

**IT IS HEREBY ORDERED** approving the rejection of the Rejected Lease, as set forth in the Motion, for property located at 9299 W. Olive Ave., Unit 306, Peoria, Arizona 85345, effective as of the close of March 2, 2025.

/ / /

/ / /

**IT IS HEREBY FURTHER ORDERED** setting <u>**May 5, 2025**</u> as the bar date for claims, if any, of the landlord, A2Z Holdings, LLC, an Arizona limited liability company or assigns, if they desire to share in any distribution in this bankruptcy case.

Information regarding how to file a proof of claim, and the proof of claim form (Bankruptcy Form B-410), can be found on the Court's website at https://www.azb.uscourts.gov/proof-claim-form-and-instructions. To be timely filed, the proof of claim must be received by the Clerk of Court, (230 N. First Ave., Suite 101, Phoenix, Arizona 85003 – or – 38 S. Scott Ave., Suite 100, Tucson, Arizona 85701), on or before the deadline above.

**DATED AND SIGNED ABOVE.**