ORDERED ACCORDINGLY.

Dated: March 13, 2025

Brenda K. Martin, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**FIRST AMENDED ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL**<br><br>Hearing Date: March 13, 2025<br>Hearing Time: 2:30 p.m. |

This matter having come before to further consider the *Emergency Motion for Interim and Final Order Authorizing Debtor to Use Cash Collateral* ("Motion") [DE 11] filed by Neddy, LLC dba Fortress Asphalt, Debtor and Debtor-in-Possession in the above-captioned bankruptcy case ("Debtor"), and for good cause appearing

IT IS HEREBY ORDERED granting the motion through April 30, 2025.

IT IS HEREBY FURTHER ORDERED that the use of cash collateral authorized hereby is conditioned on the payment to The Huntington Bank ("Huntington") of adequate protection payments of $7,500.00 per month plus all interest on the Huntington line of credit, with the first $7,500 payment and line-of-credit interest payment of $400.00 due by February 28, 2025 which shall be applied to the payments owed to Huntington for the month of March 2025.

/ / /

/ / /

IT IS HEREBY FURTHER ORDERED authorizing the use of cash collateral upon the terms and conditions described in the Motion and in accordance with the amended budget attached hereto.

IT IS HEREBY FURTHER ORDERED authorizing and directing all applicable banks and financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by Debtor related to the foregoing.

IT IS HEREBY FURTHER ORDERED authorizing the granting of replacement of liens in favor of Huntington against all collateral described in its UCC filings identified in the Motion, and any and all proceeds thereof to the same nature, extent and priority as existed in favor of Huntington on the Petition Date.

IT IS HEREBY FURTHER ORDERED that, to the extent the Debtor uses existing inventory of Crackseal material (approximately 79,000 lbs) such material will be replenished by the Debtor.

IT IS FURTHER ORDERED that this order will become a final order unless an objection is filed within 14 days of the entry of this order.

IT IS FURTHER ORDERED that by the 10th day of each month, the Debtor shall provide Huntington reports for the previous month addressing revenues including sources, aged A/R's with names and contact information for account debtors, pending contracts and status, WIP, and retainages.

IT IS FURTHER ORDERED that notwithstanding the limited approval granted in this Order, Huntington may approve requested expenditures without the further order of the Court.

IT IS FURTHER ORDERED that the approval granted in this Order will be effective through April 30, 2025, but that Huntington and Debtor may extend the effectiveness of the Order without the need for further proceedings by filing a Stipulated Order with the Court.

DATED AND SIGNED ABOVE.

# Exhibit A

# EXHIBIT A

# CASH COLLATERAL BUDGET
## (From March 1 to and including April 30, 2025)

| | |
|---|---|
| **STARTING CASH** | **$68,341** |
| | |
| **MARCH REVENUE RECEIVED** | **$72,945** |
| **EXPENSES MARCH** | |
| Salaries | $13,618 |
| Huntington | $ 7,900 |
| Ford Leases | $ 5,982 |
| Insurance | $ 1,886 |
| New Yard Lease | $ 0.00 [March rent paid pre-petition] |
| Sales Expense | $ 1,200 |
| Marketing | $ 2,500 |
| Google workspace | $ 200 |
| Uniforms | $ 740 |
| Fuel | $ 2,000 |
| Maintenance | $ 1,250 |
| Hourly Labor | $ 891 |
| Perishables | $ 1,000 |
| Materials | $ 4,500 |
| Ditchwhich Equipment Rental | $ 3,800 |
| Car Wash | $ 100 |
| Uncertain Expenses | $ 1,000 |
| Total Thru March 31, 2025 | $49,151 |
| | |
| **NET OPERATING INCOME** | |
| **MARCH, 2025** | **$23,794** |
| | |
| Combined with **End of Feb Cash**  + | **$68,341** |
| **NET MARCH 31 CASH** | **$92,135** |
| | |
| **APRIL REVENUE RECEIVED** | **$95,390** |

### EXPENSES APRIL

| | |
|---|---|
| Salaries and Labor | $21,004 |
| Huntington | $ 7,900 |
| Ford Leases | $ 5,982 |
| Insurance | $ 1,886 |
| New Yard Lease | $ 1,800 |
| Sales Expense | $ 1,200 |
| Marketing | $ 2,500 |
| Google workspace | $ 200 |
| QuickBooks Payroll | $ 184 |
| Uniforms | $ 740 |
| Fuel | $ 2,000 |
| Maintenance | $ 1,250 |
| Hourly Labor | $19,067 |
| Perishables | $ 1,400 |
| Materials | $ 8,750 |
| Ditchwhich Equipment Rental | $ 1,900 |
| Car Wash | $ 100 |
| Uncertain Expenses | $ 5,000 |
| Total Thru April 30, 2025 | $83,263 |

### NET OPERATING INCOME APRIL 2025          $12,127

Combined with **End of March Cash +**    $92,135
**NET APRIL 30 CASH**                    $104,262