UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**SECOND AMENDED STIPULATED ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL**<br><br>Hearing Date: March 13, 2025<br>Hearing Time: 2:30 p.m. |

This matter having come before to further consider the *Emergency Motion for Interim and Final Order Authorizing Debtor to Use Cash Collateral* ("Motion") [Dkt. No. 11] filed by Neddy, LLC dba Fortress Asphalt, Debtor and Debtor-in-Possession in the above-captioned bankruptcy case ("Debtor"), the Court having entered an order authorizing the Debtor to use cash collateral at Dkt. No. 33, The Court entered the first amended cash collateral order at Dkt. No. 49, and for good cause appearing

IT IS HEREBY ORDERED further extending the Debtor's use of cash collateral through July 30, 2025.

IT IS HEREBY FURTHER ORDERED that the use of cash collateral authorized hereby is conditioned on the payment to The Huntington Bank ("Huntington") of adequate protection payments of $7,500 per month plus all interest on the Huntington line of credit.

/ / /

1

IT IS HEREBY FURTHER ORDERED authorizing the use of cash collateral upon the terms and conditions described in the Motion and in accordance with the amended budget attached hereto.

IT IS HEREBY FURTHER ORDERED authorizing and directing all applicable banks and financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by Debtor related to the foregoing.

IT IS HEREBY FURTHER ORDERED authorizing the granting of replacement of liens in favor of Huntington against all collateral described in its UCC filings identified in the Motion, and any and all proceeds thereof to the same nature, extent and priority as existed in favor of Huntington on the Petition Date.

IT IS HEREBY FURTHER ORDERED that, to the extent the Debtor uses existing inventory of Crackseal material (approximately 79,000 lbs) such material will be replenished by the Debtor.

IT IS FURTHER ORDERED that this order will become a final order unless an objection is filed within 14 days of the entry of this order.

IT IS FURTHER ORDERED that by the 10th day of each month, the Debtor shall provide Huntington reports for the previous month addressing revenues including sources, aged A/R's with names and contact information for account debtors, pending contracts and status, WIP, and retainages.

IT IS FURTHER ORDERED that notwithstanding the limited approval granted in this Order, Huntington may approve requested expenditures without the further order of the Court.

IT IS FURTHER ORDERED that the approval granted in this Order will be effective through July 30, 2025, but that Huntington and Debtor may extend the effectiveness of the Order without the need for further proceedings by filing a Stipulated Order with the Court.

DATED AND SIGNED ABOVE.

1 | Stipulated and approved this 30th day of April 2025.
2 | WOMBLE BOND DICKINSON
3 |
4 | By: /s/ Dorie Arthur w/ permission
  |     Dorie Arthur
5 |     *Counsel for The Huntington Bank*

# EXHIBIT A

# CASH COLLATERAL BUDGET
## (From May 1 to and including July 30, 2025)

| | |
|---|---|
| **STARTING CASH** | $184,095 |
| **MAY REVENUE RECEIVED** | $9,900 |
| **EXPENSES MAY** | |
| Salaries | $21,004 |
| Huntington | $ 7,900 |
| Ford Leases | $ 5,982 |
| Insurance | $ 1,886 |
| Verizon | $ 328 |
| New Yard Lease | $ 1,800 |
| Sales Expense | $ 1,200 |
| Marketing | $ 0 |
| Google workspace | $ 200 |
| Uniforms | $ 740 |
| Fuel | $ 4,861 |
| Maintenance | $ 1,250 |
| Hourly Labor | $13,973 |
| Perishables | $ 2,800 |
| Materials | $ ... 0 |
| Ditchwhich Equipment Rental | $ 3,700 |
| Car Wash | $ 100 |
| Bankruptcy Professionals | $ 2,000 |
| Accountant | $ 2,950 |
| <u>Uncertain Expenses</u> | <u>$ 1,000</u> |
| Total Thru May 31, 2025 | $73,858 |
| | |
| **NET OPERATING INCOME** | |
| **MAY 2025** | [$63,958] |
| | |
| **End of April Cash** + | $184,095 |
| **NET MAY 31 CASH** | $120,137 |

| | |
|---|---|
| **JUNE REVENUE RECEIVED** | $87,328 |

**EXPENSES JUNE**

| | |
|---|---|
| Salaries | $21,004 |
| Huntington | $ 7,900 |
| Ford Leases | $ 5,982 |
| Insurance | $ 1,886 |
| Verizon | $   328 |
| New Yard Lease | $ 1,800 |
| Sales Expense | $ 1,200 |
| Marketing | $     0 |
| Google workspace | $   200 |
| Uniforms | $   740 |
| Fuel | $10,188 |
| Maintenance | $ 1,250 |
| Hourly Labor | $18,630 |
| Perishables | $ 2,800 |
| Materials | $ ... 0 |
| Ditchwhich Equipment Rental | $ 3,700 |
| Car Wash | $   100 |
| Bankruptcy Professionals | $ 2,000 |
| Accountant | $ 1,500 |
| Uncertain Expenses | $ 5,000 |
| Total Thru June 30, 2025 | $85,708 |

| | |
|---|---|
| **NET OPERATING INCOME** | |
| **JUNE 2025** | $   1,620 |
| **End of May Cash**   + | $120,137 |
| **NET JUNE 30 CASH** | $121,757 |
| **JULY REVENUE RECEIVED** | $116,438 |

**EXPENSES JULY**

| | |
|---|---|
| Salaries | $21,004 |
| Huntington | $ 7,900 |
| Ford Leases | $ 5,982 |

| | |
|---|---|
| Insurance | $ 1,886 |
| Verizon | $ 328 |
| New Yard Lease | $ 1,800 |
| Sales Expense | $ 1,200 |
| Marketing | $ 0 |
| Google workspace | $ 200 |
| Uniforms | $ 740 |
| Fuel | $12,291 |
| Maintenance | $ 1,250 |
| Hourly Labor | $20,700 |
| Perishables | $ 2,800 |
| Materials | $ ... 0 |
| Ditchwhich Equipment Rental | $ 3,700 |
| Car Wash | $ 100 |
| Bankruptcy Professionals | $ 2,000 |
| Accountant | $ 1,500 |
| Uncertain Expenses | $ 5,000 |
| Total Thru June 30, 2025 | $88,881 |

**NET OPERATING INCOME**
**JUNE 2025**                           $ 26,557

**End of June Cash   +**                $121,757
**NET JULY 31 CASH**                    $148,313