**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Daniel P. Crane (State Bar No. 030623)**
Direct Dial: 602.262.5774
Direct Fax: 602.262.5747
Email: Dan.Crane@wbd-us.com

**Katerina Grainger (State Bar No. 038677)**
Direct Dial: 602.262.5387
Email: Katerina.Grainger@wbd-us.com

*Attorneys for The Huntington National Bank*



UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 Subchapter V |
|---|---|
| NEDDY, LLC, DBA FORTRESS ASHPALT, | Case No. 2:25-bk-01459-BKM |
| Debtor. | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

PLEASE TAKE NOTICE that Nicholas Bauman has left the firm of Womble Bond Dickinson (US) LLP and is no longer serving as counsel for The Huntington National Bank.

Notice is hereby given that attorneys Daniel P. Crane and Katerina Grainger are entering their appearance on behalf of Arizona State University and requests that a copy of all notices to creditors and other parties in interest be sent to them via the following contact information:

>Womble Bond Dickinson (US) LLP
>201 East Washington Street, Suite 1200
>Phoenix, AZ 85004
>
>Daniel P. Crane
>Direct Dial: 602.262.5774
>Email: Dan.Crane@wbd-us.com
>
>Katerina Grainger
>Direct Dial: 602.262.5387
>Email: Katerina.Grainger@wbd-us.com

1  DATED this 18th day of June, 2025.

                                    WOMBLE BOND DICKINSON (US) LLP

                                    By: /s/ *Daniel P. Crane*
                                        Daniel P. Crane
                                        Katerina Grainger