# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br>Case No. 2:25-bk-01459-BKM<br>**THIRD AMENDED STIPULATED ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL**<br><br>Hearing Date: March 13, 2025<br>Hearing Time: 2:30 p.m. |

This matter having come before the Court to consider the *Emergency Motion for Interim and Final Order Authorizing Debtor to Use Cash Collateral* ("Motion") [DE 11] filed by Neddy, LLC dba Fortress Asphalt, ("Debtor"), the Court having entered an order authorizing the Debtor to use cash collateral at DE 33, the Court having entered the first amended cash collateral order at DE 49, the Court having entered the second amended cash collateral order at DE 76, and for good cause appearing,

IT IS HEREBY ORDEREED further extending the Debtor's use of cash collateral through the earlier of September 30, 2025, or the effective date of a confirmed plan.

IT IS HEREBY FURTHER ORDERED that the use of cash collateral authorized hereby is conditioned on the payment to The Huntington Bank ("Huntington") of adequate protection payments of $7,500 per month plus all interest on the Huntington line of credit.

IT IS HEREBY FURTHER ORDERED authorizing the use of cash collateral upon the terms and conditions described in the Motion and in accordance with the amended

budget attached to the *Second Amended Stipulated Order Granting Emergency Motion for Interim and Final Order Authorizing Debtor to Use Cash Collateral* [DE 76].

IT IS HEREBY FURTHER ORDERED authorizing and directing all applicable banks and financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by Debtor related to the foregoing.

IT IS HEREBY FURTHER ORDERED authorizing the granting of replacement of liens in favor of Huntington against all collateral described in its UCC filings identified in the Motion, and any and all proceeds thereof to the same nature, extent and priority as existed in favor of Huntington on the Petition Date.

IT IS FURTHER ORDERED that, to the extend the Debtor uses existing inventory of Crackseal material (approximately 79,000 lbs) such material will be replenished by the Debtor.

IT IS FURTHER ORDERED that this order will become a final order unless an objection is filed within 14 days of the entry of this order.

IT IS FURTHER ORDERED that by the 10th day of each month, the Debtor shall provide Huntington reports for the previous month addressing revenues including sources, aged A/R's with names and contact information for account debtors, pending contracts and status, WIP, and retainages.

IT IS FURTHER ORDERED that notwithstanding the limited approval granted in this Order, Huntington may approve requested expenditures without the further order of the Court.

DATED AND SIGNED ABOVE.

Stipulated and approved this 30th day of July 2025.

WOMBLE BOND DICKINSON

By:   /s/ Katerina Grainger (w/ permission)
     Katerina Grainger
     Counsel for The Huntington Bank