**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004

**Katerina Grainger** (State Bar No. 038677)
Direct Dial: 602.262.5387
Direct Fax: 602.262.5746
Email: Katerina.Grainger@wbd-us.com

*Attorneys for The Huntington National Bank*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 Subchapter V |
|---|---|
| Neddy, LLC, DBA Fortress Asphalt, | Case No. 2:25-bk-01459-BKM |
| Debtor. | **STIPULATION TO EXTEND DEADLINE TO FILE AN OBJECTION TO CONFIRMATION** |

The Huntington National Bank ("Huntington") and Neddy, LLC dba Fortress Asphalt ("Debtor") stipulate to extend the current deadline of July 31, 2025, to file an objection to confirmation to August 6, 2025, without prejudice to further extensions. The extension is not for purposes of delay and good cause exists to grant this Stipulation.

DATED this 31st day of July, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Katerina Grainger*
    Robert M. Charles, Jr.
    Katerina Grainger

Attorneys for The Huntington National Bank

BURCH & CRACCHIOLO, P.A.

By: */s/ Alan A. Meda* (with permission)
    Alan A. Meda

Attorneys for Debtor Neddy, LLC dba Fortress Asphalt

# CERTIFICATE OF SERVICE

I certify that on this 31st day of July, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

Neddy, LLC
17221 W LOMA LANE
WADDELL, AZ 85355

Alan A. Meda
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 8500

Patty Chan
Office of the United States Trustee
230 N First Ave., #204
Phoenix, AZ 85003

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE SUITE 204
PHOENIX, AZ 85003

 */s/ Donielle M. Rikli*
Womble Bond Dickinson (US) LLP