Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**BALLOT REPORT**<br><br>**Hearing Date:** August 7, 2025<br>**Hearing Time:** 2:00 p.m.<br>**Courtroom:** 701 |

Debtor and debtor-in-possession Neddy, LLC dba Fortress Asphalt ("**Debtor**"), by and through its counsel, submits this report on balloting on the *Debtor's Plan of Reorganization Dated May 22, 2025* (the "Plan") [DE 78], pursuant to Local Bankr. R. 3018-1.

Ballots for acceptance or rejection of the Plan were solicited from all holders of claims or interests against the Debtor, whether or not they were members of a class that was deemed to accept or reject the Amended Plan. On June 13, 2025, the Court entered its *Order 1. Setting Confirmation Hearing in Subchapter V Case; and 2. Fixing Deadlines to (i) Make § 1111(b) Election, (ii) Object to Plan, (iii) Vote on Plan and (iv) Object to Discharge* ("**Order**") [DE 86]. The Order set the balloting deadline as July 31, 2025. The following is a summary of the balloting:

/ / /

/ / /

/ / /

**BALLOTING**:

| Class | Class Description | Number & Percentage of Creditors Accepting | Number & Percentage of Creditors Rejecting | Amount of Claims Accepting/ Rejecting | Voting Result |
|---|---|---|---|---|---|
| 2A | Secured | 1 (100%) | 0 (0%) | $496,475.93 | Accepted[1]/ Impaired |
| 2B | Secured | 1 (100%) | 0 (0%) | $49,743.88 | Accepted[2]/ Impaired |
| 2C | Classified and Treated as Class 3 Unsecured | N/A | N/A | N/A | N/A |
| 2D | Secured | 0 (100%) | 0 (0%) | $0 | *See* footnote 3 below[3] |
| 3 | Non-Priority Unsecured | 3[4] (100%) | 0 (0%) | $190,772.52 Accepting | Accepted |
| 4 | Equity Security Holders | 2 (100%) | 0 (0%) | $0 | Accepted |

In total, Debtor has received seven (7) ballots each accepting the Plan. Copies of the ballots are attached hereto.

**OBJECTIONS:**

1. Everline Franchising US, Inc. ("**Everline**"), the holder of a Class 3 unsecured priority claim, has filed a limited objection at DE 107. Everline seeks additional language in the Plan relative to the Plan's impact on and enforceability of a covenant not to compete. The Debtor does not believe any clarification in the context of the Plan is necessary. Although the covenant is ambiguous as written, there is no existing

---

[1] This is a conditional acceptance based on negotiated treatment.
[2] This is a conditional acceptance based on negotiated treatment.
[3] This class is deemed unimpaired and therefore an accepting class under the Plan, but the treatment of this claim remains subject to negotiation.
[4] An accepting Class 2C ballot was timely received from Financial Pacific Leasing and this claim is classified and treated as a Class 3 Non-Priority Unsecured Claim. The other two (2) ballots in this class were submitted by Ford Motor Credit Company, LLC ("**Ford**"). Ford is a lessor of vehicles and, therefore, it is possible that is does not have a right to vote as a creditor.

controversy requiring any ruling from the Court and the limited objection does not raise any issue implicating confirmation under 11 U.S.C. §§ 1129 or 1191.

2. The Office of the United States Trustee (the "**UST**") has filed an objection to the Plan at DE 108 and an amendment to its objection at DE 115. This objection requests (i) a list of unsecured creditors and the allowed claims, (ii) an identification of any executory contracts and unexpired leases to be assumed, and (iii) the removal of overbroad language protecting third parties in Section 7.02 of the Plan. The Debtor will attach a list of allowable unsecured claims to the confirmation order. The Debtor will also identify any executory contracts or unexpired leases to be assumed prior to the hearing on August 7, 2025. Finally, the confirmation order will remove the language of Section 7.02 deemed objectionable by the UST in the confirmation order. The Debtor is informed and believes that the foregoing satisfies the concerns of the UST and will permit the objection to be withdrawn.

3. Ford filed an objection to the Plan at DE 109. This objection relates to a reference in the Plan to the possibility that Proofs of Claim Nos. 6 and 10 filed by Ford may be duplicative. The Debtor acknowledges that these are separate and distinct claims and will treat these claims as separate and distinct claims under the Plan.

4. North Mill Credit Company LLC ("**North Mill**") filed an objection to the Plan at DE 110. This objection relates to the treatment of the Class 2D Secured Claim of North Mill. The Plan treats this claim as unimpaired. The Debtor and North Mill continue to discuss the treatment of this claim.

5. The Debtor extended the deadline for The Huntington Bank to file an objection to August 6, 2025. *See* Order entered at DE 116.

Debtor submits that all classes entitled to vote have accepted the Plan with the exception of Class 2D which did not submit a ballot. Further, Debtor submits that all requirements of § 1129(a) of the Bankruptcy Code have been or will be met, and therefore, confirmation is appropriate under 11 U.S.C. § 1191(a). If however, § 1191(a)

is deemed not available to Debtor, Debtor will proceed with confirmation of the Plan pursuant to 11 U.S.C. § 1191(b).

DATED this 4th day of August 2025.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for the Debtor*

COPY served via ECF on CM/ECF users this 4th day of August 2025, which constitutes service pursuant to L.R. Bankr. P. 9076-1.
.

/s/ Tracy Dunham
Tracy Dunham

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 Subsection V |
|---|---|
| NEDDY, LLC, DBA FORTRESS ASPHALT, | Case No.: 2:25-01459-BKM |
| Debtor. | |

**Class 2A Secured Claim Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor Neddy, LLC dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your secured interest has been placed in Class 2A under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, <u>on or before July 31, 2025,</u> and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 2A Secured Claim against the Debtor in the unpaid amount of $496,475.93.

*Check one box only*
☒ **Accepts the plan** **Conditional – See Exhibit A**
☐ **Rejects the plan**

| Dated: | July 30, 2025 |
|---|---|
| Print or type name: | Katerina Grainger |
| Signature | *Katerina Grainger* |
| Title (if corporation or partnership) | Counsel for The Huntington National Bank |
| Address: | 210 East Washington Street, Suite 2100 |
| | Phoenix, AZ 85004 |

**Return this ballot to:**
Alan A. Meda
Burch & Cracchiolo, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
ameda@bcattorneys.com

1

# EXHIBIT A:

# REVISED AND RESTATED TREATMENT OF
# THE HUNTINGTON NATIONAL BANK
Case No.: 2:25-01459-BKM

## CLASS 2A – THE HUNTINGTON NATIONAL BANK

1. <u>Description of Debt</u>.   Class 2A - Secured Claim of The Huntington Bank (Claim No. 5-1)

2. <u>Impairment.</u>   Impaired.

3. <u>Treatment.</u>   The loan obligation owed to Huntington arose on August 9, 2023, Huntington has a claim in the amount of $496,475.93 secured by substantially all assets of the Debtor. Interest accrues on the unpaid principal balance at the rate of 10.25%. The Debtor is currently making payments of $7,400 per month. Under the Plan, Debtor will make regular payments of principal and interest in the amount of $7,400 per month. To the extent of available Net Disposable Income, Debtor will make pre-payments on the principal on a quarterly basis beginning in December 2025. Each payment made under the Plan shall be subject to a 15-day grace period in which Debtor may make a payment without recourse (the "<u>Grace Period</u>"). Should any given payment not be remitted to Huntington within the Grace Period, Huntington shall provide written notice (the "<u>Notice</u>") of the missed payment and Debtor will have thirty (30) days from the date of the Notice to cure the missed payment before being considered in default under the Plan. Huntington shall continue to have those liens and security interests which existed prior to the Petition Date until Claim No. 5-1 is paid in full as fully secured.

2

4910-7686-6905.1
Case 2:25-bk-01459-BKM   Doc 119   Filed 08/04/25   Entered 08/04/25 13:31:15   Desc
Main Document    Page 6 of 13

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No.: 2:25-01459-BKM |

**Class 2B Secured Claim Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor Neddy, LLC dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your secured interest has been placed in Class 2B under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, <u>on or before July 31, 2025,</u> and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 2B Secured Claim against the Debtor in the unpaid amount of $49,743.88.

*Check one box only*
☒ **Accepts the plan** *\*\*Conditional – See Exhibit A\*\**
☐ **Rejects the plan**

| | |
|---|---|
| Dated: | July 30, 2025 |
| Print or type name: | Katerina Grainger |
| Signature | *Katerina Grainger* |
| Title (if corporation or partnership) | Counsel for The Huntington National Bank |
| Address: | 201 East Washington Street, Suite 2100<br>Phoenix, AZ 85004 |

**Return this ballot to:**
  Alan A. Meda
  Burch & Cracchiolo, P.A.
  1850 N. Central Ave., Suite 1700
  Phoenix, AZ 85004
  ameda@bcattorneys.com

# EXHIBIT A:

# REVISED AND RESTATED TREATMENT OF THE HUNTINGTON NATIONAL BANK
## Case No.: 2:25-01459-BKM

## CLASS 2B – THE HUNTINGTON NATIONAL BANK

1. <u>Description of Debt</u>.   Class 2B - Secured Claim of The Huntington Bank (Claim No. 4-1)

2. <u>Impairment.</u>   Impaired.

3. <u>Treatment.</u>   This loan obligation essentially operated as a line of credit and arose on August 9, 2023. Huntington has a claim in the amount of $49,743.88 secured by substantially all assets of the Debtor. The Debtor is currently making interest only payments of $500 per month. Under the Plan, the debtor will continue to make monthly payments of $500 per month or interest only payments, whichever is greater. Additionally, to the extent of available Net Disposable Income, the Debtor will make principal payments of $500 in September of 2025 and then of $5,000 every quarter beginning in January 2026. Huntington shall continue to have those liens and security interests which existed prior to the Petition Date until the Claim No. 5-1 is paid in full as fully secured.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No.: 2:25-01459-BKM |

**Class 3 Non-Priority Unsecured Claim Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor Neddy, LLC, dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your non-priority unsecured interest has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, on or before July 31, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 3 Non-Priority Unsecured Claim against the Debtor in the unpaid amount of $ 41,834.28    .

*Check one box only*
☑ **Accepts the plan**
☐ **Rejects the plan**

Dated: July 30, 2025
Print or type name: Deborah Scearce/ Bankruptcy Specialist

Signature: *Deborah Scearce*
Title (if corporation or partnership)
Address: 3455 S 344th Way, Ste 300, Federal Way, WA 98001

**Return this ballot to:**
 Alan A. Meda
 Burch & Cracchiolo, P.A.
 1850 N. Central Ave., Suite 1700
 Phoenix, AZ 85004
 ameda@bcattorneys.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br>Debtor. | Chapter 11 Subsection V<br>Case No.: 2:25-01459-BKM |

<u>**Class 3 Non-Priority Unsecured Claim Ballot for Accepting or Rejecting Plan of Reorganization**</u>

Debtor Neddy, LLC, dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your non-priority unsecured interest has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, <u>on or before July 31, 2025,</u> and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 3 Non-Priority Unsecured Claim against the Debtor in the unpaid amount of $ 90,627.42

*Check one box only*
☒ **Accepts the plan**
☐ **Rejects the plan**

Dated: 7/30/25
Print or type name: PAUL TANGEN

Signature: *Pal T*
Title (if corporation or partnership): BANKRUPTCY ANALYST
Address: FORD MOTOR CREDIT COMPANY LLC C/O AIS PORTFOLIO SERVICES LLC
1212 CORPORATE DR. SUITE 400
IRVING, TX 75038

**Return this ballot to:**
    Alan A. Meda
    Burch & Cracchiolo, P.A.
    1850 N. Central Ave., Suite 1700
    Phoenix, AZ 85004
    ameda@bcattorneys.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No.: 2:25-01459-BKM |

**Class 3 Non-Priority Unsecured Claim Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor Neddy, LLC, dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your non-priority unsecured interest has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, on or before July 31, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 3 Non-Priority Unsecured Claim against the Debtor in the unpaid amount of $ 58,310.82

*Check one box only*
☒ Accepts the plan
☐ Rejects the plan

Dated: 7/30/25
Print or type name: PAUL TANGEN

Signature: *[signed] Pal T*
Title (if corporation or partnership): BANKRUPTCY ANALYST
Address: FORD MOTOR CREDIT COMPANY LLC C/O AIS PORTFOLIO SERVICES LLC
1212 CORPORATE DR. SUITE 400
IRVING, TX 75038

**Return this ballot to:**
    Alan A. Meda
    Burch & Cracchiolo, P.A.
    1850 N. Central Ave., Suite 1700
    Phoenix, AZ 85004
    ameda@bcattorneys.com

1

Case 2:25-bk-01459-BKM    Doc 119    Filed 08/04/25    Entered 08/04/25 13:31:15    Desc
Main Document    Page 11 of 13

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No.: 2:25-01459-BKM |

**Class 4 Equity Security Interest Claim Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor Neddy, LLC, dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity security interest has been placed in Class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, <u>on or before July 31, 2025,</u> and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 4 Equity Security Interest Claim against the Debtor in the unpaid amount of $ 0_____.

*Check one box only*
☑ **Accepts the plan**
☐ **Rejects the plan**

Dated: 07/30/2025
Print or type name: Michael Blake Linthicum

Signature: *Michael Blake Linthicum*
Title (if corporation or partnership): President
Address: 17221 W Loma Ln, Waddell, AZ 85355

**Return this ballot to:**
   Alan A. Meda
   Burch & Cracchiolo, P.A.
   1850 N. Central Ave., Suite 1700
   Phoenix, AZ 85004
   ameda@bcattorneys.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No.: 2:25-01459-BKM |

**Class 4 Equity Security Interest Claim Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor Neddy, LLC, dba Fortress Asphalt ("Debtor") filed a plan of reorganization dated May 22, 2025, at Docket No. 78 (the "Plan") in this case. If you do not have a Plan, you may obtain a copy from Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity security interest has been placed in Class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Ave., Suite 1700, Phoenix, AZ 85004, ameda@bcattorneys.com, 602-234-8797, on or before July 31, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan.**

The undersigned, the holder of a Class 4 Equity Security Interest Claim against the Debtor in the unpaid amount of $ 0_____.

*Check one box only*
[X] **Accepts the plan**
[ ] **Rejects the plan**

Dated: 07/30/2025
Print or type name: Nancy O'Brien Linthicum

Signature: *Nancy O'Brien Linthicum*
Title (if corporation or partnership): Vice President
Address: 7315 N Collon Lane #66
Litchfield Park, AZ 85340

**Return this ballot to:**
    Alan A. Meda
    Burch & Cracchiolo, P.A.
    1850 N. Central Ave., Suite 1700
    Phoenix, AZ 85004
    ameda@bcattorneys.com