Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorney for the Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**SUPPLEMENT TO DEBTOR'S PLAN OF REORGANIZATION DATED MAY 22, 2025**<br><br>**Hearing Date:** **August 7, 2025**<br>**Hearing Time:** **2:00 p.m.**<br>**Courtroom:** **701** |

Debtor and debtor-in-possession, Neddy, LLC d/b/a Fortress Asphalt (hereafter "**Debtor**"), in the above-referenced bankruptcy case hereby files this Supplement to Debtor's Plan of Reorganization dated May 22, 2025 (the "**Plan Supplement**"). Debtor hereby gives notice that the following executory contracts and unexpired leases will be assumed and assigned to the reorganized debtor under the Plan.

1. ALK Asphalt, LLC                 yard lease
   12630 N. 103rd Ave.
   Sun City, AZ 85351

2. Ford Motor Credit Company LLC     lease of Super Duty F-450 DRW
   c/o AIS Portfolio Services LLC         VIN # xxxx0896
   4515 N. Santa Fe Ave. Dept APS
   Oklahoma, OK 73118

3. Ford Motor Credit Company LLC     lease of Super Duty F-350 SRW
   c/o AIS Portfolio Services LLC         VIN # xxxx9968
   4515 N. Santa Fe Ave., Dept. APS
   Oklahoma, OK 73118

| | | | |
|---|---|---|---|
| 4. | Ford Motor Credit Company LLC<br>c/o AIS Portfolio Services LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma, OK 73118 | | lease of Super Duty F-250 SRW<br>VIN # xxxx2492 |
| 5. | Ford Motor Credit Company LLC<br>c/o AIS Portfolio Services LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma, OK 73118 | | lease of F-150<br>VIN # xxxx1268 |

DATED this 4th day of August 2025.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for the Debtor*

**NEDDY, LLC D/B/A FORTRESS ASPHALT**

By /s/ Michael Blake Linthicum
Michael Blake Linthicum
*Manager*

COPY served via ECF on CM/ECF users this 4th day of August 2025, which constitutes service pursuant to L.R. Bankr. P. 9076-1.
.

/s/ Tracy Dunham
Tracy Dunham