Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorney for the Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**NOTICE OF SECOND MODIFICATION OF DEBTOR'S PLAN OF REORGANIZATION DATED MAY 22, 2025**<br><br>**Hearing Date:** August 7, 2025<br>**Hearing Time:** 2:00 p.m.<br>**Courtroom:** 701 |

Neddy, LLC d/b/a Fortress Asphalt ("**Debtor**"), through undersigned counsel, files its Notice of Second Modification of Debtor's Plan of Reorganization Dated May 22, 2025.

Debtor's Plan of Reorganization Dated May 22, 2025, filed at Dkt. No. DE 78 ("**Plan**") classifies The Huntington Bank ("**Huntington**") in Class 2A and Class 2B. Huntington has conditionally voted to approve the Plan. Debtor and Huntington have agreed to modify the treatment of Huntington as follows:

**A.    Class 2A Claim**

    1.    The loan obligation owed to Huntington arose on August 9, 2023. Huntington has a claim in the amount of $496,475.93 secured by substantially all assets of Debtor. Interest accrues on the unpaid principal balance at the rate of 10.25%

2. Under the Plan, Debtor will continue to make regular payments in the amount of the greater of (i) $7,400 or (ii) the actual interest accruing on the claim each month; provided however, that for the period of September through December 2025, Debtor shall make interest only payments. All payments shall be due on the first (1st) day of each month.

3. Under the Plan Debtor may but is not required to make prepayments of principal to the extent of available Net Disposable Income. Such prepayments may be made on a quarterly basis as set forth in the Plan projections.

4. Each payment made under the Plan shall be subject to a 15-day grace period in which Debtor may make payment without recourse (the "**Grace Period**"). Should any given payment not be remitted to Huntington within the Grace Period, Huntington shall provide written notice (the "**Notice**") of the missed payment and Debtor will have thirty (30) days from the date of the Notice to cure the missed payment before being considered in default under the Plan.

5. Huntington shall continue to have those liens and security interests which existed prior to the petition Date until its Clas 2A secured claim is paid in full, including allowed § 506(b) expenses.

**B. Class 2B Claim**

6. The loan obligation essentially operated as a line of credit and arose on August 9, 2023. Huntington has a claim in the amount of $49,743.88 secured by substantially all assets of Debtor.

7. Under the Plan, Debtor will continue to make regular monthly payments of interest in the amount of the greater of (i) $500 or

(ii) the actual interest accruing on the claim. All payments shall be due on the first (1ˢᵗ) day of each month.

8. Under the Plan Debtor may but is not required to make prepayments of principal to the extent of available Net Disposable Income. Such prepayments may be made on a quarterly basis as set forth in the Plan projections.

9. Each payment made under the Plan shall be subject to a 15-day grace period in which Debtor may make payment without recourse (the "**Grace Period**"). Should any given payment not be remitted to Huntington within the Grace Period, Huntington shall provide written notice (the "**Notice**") of the missed payment and Debtor will have thirty (30) days from the date of the Notice to cure the missed payment before being considered in default under the Plan.

10. Huntington shall continue to have those liens and security interests which existed prior to the petition Date until its Class 2B secured claim is paid in full, including allowed § 506(b) expenses.

DATED this 25ᵗʰ day of August 2025.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for the Debtor*

STIPULATED AND APPROVED this 25ᵗʰ day of August 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Katerina Grainger (w/ permission)
Katerina Grainger
*Attorneys for The Huntington Bank*

1  COPY served via ECF on CM/ECF
   users this 25th day of August 2025,
2  which constitutes service pursuant
   to L.R. Bankr. P. 9076-1.
3

4   /s/ Tracy Dunham
   Tracy Dunham
5