# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No.: 2:25-bk-01459-BKM<br><br>**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED MAY 22, 2025, PURSUANT TO 11 U.S.C. § 1191(A)**<br><br>Hearing Date:   August 27, 2025<br>Hearing Time:   1:30 p.m. |

This matter is before the Court on confirmation of Debtor Neddy, LLC dba Fortress Asphalt ("**Debtor**") Plan of Reorganization Dated May 22, 2025 [Dkt. 78] (the "**Plan**").

The Debtor noticed (A) the Plan, (B) the Court's Order (1) Setting Confirmation Hearing; and (2) Fixing Deadline to (i) Make 1111(b) Election, (ii) Object to Plan, (iii) Vote on Plan, and (iv) Object to Discharge, and (C) a Ballot, to all creditors and parties in interest and filed a Certificate of Mailing evidencing same [Dkt. 87]. Joseph Eldon Cotterman, the Subchapter V Trustee (the "**Trustee**") recommended that the Plan be confirmed. [Dkt. No 120] (the "**Trustee Recommendation**").

The Court having reviewed the *Declaration of Michael Blake Linthicum in Support of Debtor's Plan of Reorganization Dated May 22, 2025* [Dkt. 124], Debtor's *Ballot Report* [Dkt. 119], Debtor's *Notice of Filing Supplement to Debtor's Plan of Reorganization Dated May 22, 2025* [Dkt. 121] (the "**Plan Supplement**"), Debtor's

1 *Notice of First Modification of Debtor's Plan or Reorganization Dated May 22, 2025* 
2 [Dkt. 126] (the "**First Plan Modification**"), Debtor's *Notice of Second Modification of* 
3 *Debtor's Plan or Reorganization Dated May 22, 2025* [Dkt. 130] (the "**Second Plan** 
4 **Modification**"), Debtor's *Notice of Estimated Class 3 Unsecured Creditors and Claim* 
5 *Amounts* [Dkt. 123] (the "**Creditor Claims Notice**"), reflecting distributions to be made 
6 to unsecured creditors under the Plan, a copy of which is appended to this Order as 
7 Exhibit 1, and the Trustee's Recommendation, the limited objection to the Plan filed by 
8 Everline Franchising, US, Inc. ("**Everline**") [Dkt. 107], the objection to the Plan filed by 
9 the Office of the United States Trustee ("**UST**") [Dkt. 108], the objection to the Plan 
10 filed by Ford Motor Credit Company, LLC ("**Ford**") [Dkt. 109], the objection to the 
11 Plan filed by North Mill Equipment Finance, LLP ("**North Mill**") [Dkt. 110], and 
12 determined, for the reasons and based on the findings made on the record at the 
13 conclusion of the Confirmation Hearing held on August 27, 2025, at 11:00 a.m., that all 
14 of the requirements for confirmation of the Plan set forth in § 1129(a), § 1190 and 
15 § 1191(a) of the Bankruptcy Code are satisfied.

16 Further, the Court finds and determines that the Plan Proponent has complied 
17 with the provisions of 11 U.S.C. § 1123(a)(2) and that the Plan properly designates 
18 classes of claims and interests as set forth in 11 U.S.C. § 1123(a)(1), specifies classes of 
19 claims or interests that are not impaired under the Plan as set forth in 11 U.S.C. 
20 § 1123(a)(2), specifies the treatment of any class of claims or interest that are impaired 
21 under the Plan as set forth in 11 U.S.C. § 1123(a)(3), provides for the same treatment of 
22 each claim or interest of a particular class as set forth in 11 U.S.C. § 1123(a)(4), provides 
23 adequate means for the Plan's implementation as set forth in 11 U.S.C. § 1123(a)(5), 
24 complies with the applicable provisions of the Bankruptcy Code as set forth in 11 U.S.C. 
25 § 1129(a)(1), has been proposed in good faith and not by means forbidden by law as set 
26 forth in 11 U.S.C. § 1129(a)(3), is fair and equitable, is feasible, is not likely to be 
27 followed by the liquidation or the need for further financial reorganization by Debtor, 
28 and complies with all other applicable sections of 11 U.S.C. § 1129(a). Additionally, the

Court finds and determines that the Plan satisfies the requirements of 11 U.S.C. § 1190 and 11 U.S.C. § 1191(a).

**IT IS HEREBY ORDERED** as follows:

1. Section 7.02 of the Plan has is hereby deleted in its entirety and replaced with the following:

7.02 **Injunction.**

> Except as otherwise specifically set forth in the Plan and/or confirmation order, and until performance of all obligations required under the Plan, confirmation of the Plan shall operate as an injunction against the commencement or continuation of an action, the employment of process, or to an act to collect, recover, or offset any pre-petition debt owed by the Debtor, the reorganized debtor, or against any of the assets or properties of any of the foregoing, or against any of the entities in which Debtor or the reorganized debtor has an interest, or which in any way impairs the ability of Debtor or the reorganized debtor to implement or perform the obligations set forth in the Plan.

2. The estimated identity and amounts owed with respect to the Class 3 Unsecured Creditors is set forth on <u>Exhibit A</u> attached hereto.

3. The Plan has been supplemented by the Plan Supplement which addresses executory contracts and unexpired leases to be assumed and assigned by the Debtor.

4. The Debtor's projected expenses under the Plan have been revised and the Plan has been modified to reflect the projected expenses set forth on <u>Exhibit B</u> attached hereto.

5. The Plan has been modified by the terms of the First Plan Modification, the Second Plan Modification, and by terms of this Order.

6. The Plan, as supplemented by the Plan Supplement and modified by the First Plan Modification and the Second Plan Modification and by the terms of this Order, shall be and hereby is confirmed by the Court pursuant to 11 U.S.C. § 1191(a). The terms of the Plan as supplemented and modified are incorporated by reference into and are an integral part of this Order. To the extent there is any conflicting language between the Plan (and plan supplement and plan modifications) and this Order, the language of this Order controls.

7. Notwithstanding confirmation pursuant to 11 U.S.C. § 1191(a), the Plan does not discriminate unfairly and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the Plan, and would otherwise be confirmable pursuant to 11 U.S.C. § 1191(b).

8. All executory contracts and unexpired leases identified in the Plan Supplement are hereby assumed and assigned to the reorganized debtor as set forth in paragraph 11 below.

9. All final professional fee applications shall be filed no later than October 1, 2025. All approved and allowed administrative claims, including the approved fees and costs of the Trustee and the approved fees and costs of Debtor's counsel, or other professionals of Debtor shall be paid in full upon the Effective Date unless otherwise agreed to by the claimant.

10. Pursuant to 11 U.S.C. § 1141(d), the Plan discharges the Debtor for any debt that arose before the date of confirmation, and any debt of a kind specified in 11 U.S.C. §§ 502(g), 502(h), or 502(i) whether or not (i) a proof of claim based on such debt is filed or deemed filed under 11 U.S.C. § 501, (ii) such claim is allowed under 11 U.S.C. § 502, or (iii) the holder of such claim has accepted the Plan.

11. After the Confirmation Date and before substantial consummation of the Plan as defined in Bankruptcy Code § 1101(2), the Debtor may, under Bankruptcy Code § 1127(b), institute proceedings in the Court to remedy any defect or omission or reconcile any inconsistencies in the Plan or this Confirmation Order, and any other matters as may be necessary to carry out the purposes and effects of the Plan, so long as such proceedings do not materially and adversely affect the treatment of holders of Claims under the Plan.

12. The Confirmation Date is the date the Court enters this Confirmation Order on its electronic docket.

13. Pursuant to Bankruptcy Code §§ 105(a) and 1142, and except as otherwise expressly provided in the Plan or this Confirmation Order, the Court shall retain

jurisdiction as provided in the Plan over all matters arising under or out of, and related to, the Chapter 11 Case and the Plan to the fullest extent permitted by law. Specifically, the Court retains jurisdiction to consider and address any future default in plan payments.

14. This Confirmation Order constitutes: (i) the approval under Bankruptcy Code § 365 of the assumption of the executory contracts and unexpired leases assumed under the Plan or otherwise during the Bankruptcy Case; and (ii) the approval under Bankruptcy Code § 365 of the rejection of the executory contracts and unexpired leases rejected under the Plan or otherwise during the Bankruptcy Case. Any cure amounts, if any, owed to Ford with respect to vehicle leases assumed by the Debtor shall be paid on or before December 31, 2025, in accordance with the agreement of the parties.

15. Except as otherwise provided in the Plan or this Confirmation Order, on the Effective Date, title to all property of the Estate and the Debtor shall vest in the Debtor and the Subchapter V trustee shall be discharged from any and all duties and any applicable bond shall be exonerated.

16. The Effective Date of the Plan shall be September 15, 2025.

17. The Debtor agrees to keep the case open for three (3) months after the date of this Order and if there is a negative net income in the aggregate for the three (3) month period, the Debtor will keep the case open for another three (3) months thereafter. During the months the case is open, Debtor will file post-confirmation monthly operating reports at the standard required dates but will also attach to those reports p. 2 found in the Monthly Operating Reports - the Summary of Cash Activity for All Accounts for each open month. The filing by the Debtor of the Plan Supplement, the reports, and the Creditors Claim Notice together with the modification of the Plan as set forth in this Order resolves the objection of the UST, and such objection shall be deemed withdrawn.

18. The objection of North Mill is resolved pursuant to the terms of the First Plan Modification, such objection is deemed withdrawn, and with North Mill's consent, it is deemed to have voted in favor of the Plan for purposes of 11 U.S.C. §1129(a)(8) and §1191(a).

19. Debtor has acknowledged that Ford's Proofs of Claim Nos. 6 and 10 represent separate and distinct claims with respect to two different vehicle leases which are assumed by the Debtor. In total, Debtor has assumed the four (4) Ford vehicle leases identified on the Plan Supplement. The leases will be assumed under their present terms; provided, however, that the amount necessary to cure any defaults under the Leases in the amounts of $7,127.05 for VIN 1FT8W2BA2RED32492, $5,057.60 for VIN 1FTEW2KP4RKE41268, $4,056.09 for VIN 1FD0W4GN0REE10896, and $10,444.05 for VIN 1FT8W3BM0REE19968 will be paid to Ford by the Debtor on or before December 31, 2025. Based on the foregoing, the objection of Ford is resolved and is deemed withdrawn.

20. The objection of Everline is resolved by the following: Nothing in the Plan or this Confirmation Order resolves whether the Debtor's obligations under Section 5 of the Voluntary Mutual Termination and Release Agreement, Dated July 29, 2024, including the non-compete provisions therein, constitute an executory contract, or the effects of the rejection of such agreement or the non-compete clause, if deemed to be an executory contract.

DATED AND SIGNED ABOVE.

APPROVED AS TO FORM BY:

/s/ Joseph E. Cotterman
Joseph E. Cotterman
*Subchapter V Trustee*

# Exhibit A

Estimated Class 3 Unsecured Creditors and Claim Amounts

| Creditor | Amount |
|---|---|
| ADOR<br>c/o Tax BK and Collection Sct<br>2005 N Central Ave Ste 100<br>Phoenix AZ  85004 | $400.00 |
| ADP<br>111 W Rio Solado Pkwy<br>Tempe AZ 85281 | $0.00 |
| Bank of America<br>PO Box 660441<br>Dallas TX 75266-0041 | $1,327.16 |
| Bank of America<br>PO Box 660441<br>Dallas TX 75266-0041 | $2,248.53 |
| Bank of America<br>PO Box 660441<br>Dallas TX 75266-0041 | $2,154.59 |
| Christensen<br>PO Box 94550<br>Seattle WA 98124-6850 | $2,062.52 |
| Cintas<br>PO Box 29059<br>Phoenix AZ 85038 | $3,192.06 |
| Cellco Partnership dba Verizon Wireless<br>William M Vermette<br>22001 Loudoun County Pkwy<br>Ashburn VA 20147 | $1,603.14 |
| Continental Casualty Company<br>CNA Insurance<br>500 Colonial Center Parkway<br>Lake Mary FL 32746 | $6,868.89 |
| EverLine Franchising US Inc<br>9960 Bammel North Houston Rd<br>Houston TX 77086 | $123,750.00 |

| | |
|---|---|
| Financial Pacific Leasing<br>3455 S 344th Way  Suite 300<br>Federal Way WA 98001 | $41,834.28 * |
| Good Funding LLC<br>Recovery Solutions Group LLC<br>1008 Mattlind Way<br>Milford DE 19963 | $24,263.66 |
| Rise Alliance<br>22 W 38th St 2nd Fl<br>New York NY 10038 | $0.00 |
| Travelers Insurance<br>c/o Riker Insuranc Agency<br>138 E 12300 S Unit 313<br>Draper UT 84020-7326 | $0.00 |
| TOTAL | $209,704.83 |

*subject to adjustment for value of collateral surrendered

# Exhibit B

| Year | 2025 | 2025 | 2025 | 2025 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 | 2027 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 |
| **Fixed Expenses** | | | | | | | | | | | | | | | | | | |
| Salaries | $21,004 | $21,004 | $21,004 | $21,004 | $21,004 | $21,004 | $21,004 | $21,004 | $21,004 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 |
| Huntington 7A | $3,500 | $3,500 | $3,500 | $3,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 |
| Huntington 7A Add Pmnts | | | | | | | $25,500 | | | $25,500 | | | $29,500 | | | | | |
| Huntington LOC | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Ford Leases | $5,982 | $5,982 | $5,982 | $27,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 |
| Business Owners (Liability) (CNA) | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 |
| Commercial Umbrella (CAN) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Commercial Auto (Travelers) | | | | | | | | | | | | | | | | | | |
| Professional Liability (UCPM, LLC) | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 |
| Yard Lease | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 |
| Sales Expense | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Forklift Lease (Pacific Finance) | | | | | | | | | | | | | | | | | | |
| Phone (Verizon) | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 |
| Life Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Google Workspace | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| QuickBooks Payroll | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 |
| Cintas (Uniforms) | | | | | | | | | | | | | | | | | | |
| North Mill | $2,700 | $2,700 | $2,700 | $24,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 |
| Sum Fixed Expenses | $36,772 | $36,772 | $36,772 | $80,772 | $40,772 | $40,772 | $66,272 | $40,772 | $40,772 | $66,851 | $41,351 | $41,351 | $70,851 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 |
| **Variable Expenses** | | | | | | | | | | | | | | | | | | |
| Fuel | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Maintenance | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Hourly Labor | $6,500 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 |
| Perishables | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| Materials | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment Rental (DitchWitch) | $10,000 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 |
| Car Wash (SSWC) | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 |
| Bank of America Credit Card | | | | | | | | | | | | | | | | | | |
| UNCENTAIN EXPENSES | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Capital Expenses | | | | | | | | | | | | | | | | | | |
| Sum Variable Expenses | $21,800 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 |
| | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 |
| Bankruptcy Professionals | | | | $10,000 | $20,000 | | | | | | | | | | | | | |
| Accountant (Pamela) | $2,500 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 |
| Total Expenses | $24,300 | $60,272 | $60,272 | $114,272 | $84,272 | $64,272 | $99,772 | $64,272 | $64,272 | $90,351 | $64,851 | $64,851 | $94,351 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 |

| | 2027 Mar-27 | 2027 Apr-27 | 2027 May-27 | 2027 Jun-27 | 2027 Jul-27 | 2027 Aug-27 | 2027 Sep-27 | 2027 Oct-27 | 2027 Nov-27 | 2027 Dec-27 | 2028 Jan-28 | 2028 Feb-28 | 2028 Mar-28 | 2028 Apr-28 | 2028 May-28 | 2028 Jun-28 | 2028 Jul-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 | $21,584 |
| | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 |
| | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 | $5,982 |
| | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 | $538 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 | $94 |
| | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 | $328 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 |
| | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 |
| | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 | $41,351 |
| | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 |
| | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 | $4,200 |
| | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 |
| | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 |
| | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 |
| | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 |
| | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 | $64,851 |