Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NEDDY, LLC, DBA FORTRESS ASPHALT,<br><br>Debtor. | Chapter 11 Subsection V<br><br>Case No. 2:25-bk-01459-BKM<br><br>**SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF ACCOUNTANT PS BUSINESS CONSULTING LLC** |

Neddy, LLC dba Fortress Asphalt ("**Debtor**"), by and through its undersigned attorney, hereby submits its *Second and Final Application for Allowance of Compensation of Accountant PS Business Consulting LLC* ("**Final Fee Application**"), on behalf of PS Business Consulting, LLC ("**Accountant**")[1], pursuant to which the Accountant is requesting the Court to enter an Order approving and authorizing Debtor to pay compensation for professional services by provided on behalf of the Estate for the period of June 1, 2025 through September 15, 2025 (the "**Application Period**"). In support of the Final Fee Application, the Accountant's billing statements reflecting detailed descriptions of services rendered are attached as Exhibit A and incorporated herein by reference. In further support of its Final Fee Application, Debtor represents as follows:

---

[1] The deadline for filing fee applications is October 1, 2025. As such, the debtor is filing this Final Fee Application notwithstanding that it has not yet approved and reserving its right to object.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. NARRATIVE

1. On February 22, 2025 (the "**Petition Date**"), Debtor filed its voluntary petition seeking relief under Chapter 11, Subchapter V of the Bankruptcy Code.

2. On March 24, 2025, Debtor filed its *Application to Employ Accountant*. [DE 55]

3. On March 24, 2025, this Court signed an Order granting the employment of the Accountant. [DE 59]

4. On May 22, 2025, Debtor filed Debtor's Plan of Reorganization Dated May 22, 2025 (the "**Plan**"). [DE 78]

5. On August 27, 2025, the court held a hearing on plan confirmation at which time the plan was confirmed. *See* confirmation order dated September 15, 2025, at DE 140.

6. A first fee application for the period of March 24, 2025, through May 31, 2025, in the amount of $10,777.50 was filed at DE 80 and an Order granting same was entered at DE 99 on July 2, 2025. In accordance with the Order, Accountant was paid the fees and expenses approved pursuant to the first fee application.

7. The Employment Period covers the period from June 1, 2025, through September 15, 2025. During the Employment Period, Accountant spent 75.08 hours on behalf of the Estate. Based upon Accountant's ordinary hourly rates in effect at the time services were rendered, as detailed herein, Accountant's fees total $12,656.25. Accountant does not have any out-of-pocket expenses. A true and correct copy of Accountant's invoices for fees is attached hereto as Exhibit A.

8. The Accountant has asserted that the services for which compensation is requested were rendered on behalf of the Debtor and compensation is sought pursuant to 11 U.S.C. §§ 330, 331 and 503(a) and (b) Fed. R. Bankr. P. 2016 and in compliance with the Employment Order and the Guidelines of the Office of the United States Trustee for the District of Arizona.

9. Accountant has no arrangement with any other parties to pay Accountant for services rendered to the Estate, nor has Accountant received any funds from any parties for the services rendered to the Estate. Further, Accountant has not made any arrangements to share any compensation received by order of this Court with any party, nor does Accountant have any arrangements for sharing any of the compensation hereinafter awarded.

10. The Accountant is requesting fees for the hourly rate of $150.

11. The Debtor has reviewed this Final Fee Application and has NOT approved the requested fees and costs and the relief requested herein.

## II. SUMMARY OF LEGAL SERVICES BY CATEGORY

**Business Operations**

During the Application Period, Accountant spent a total of 84.37 hours on matters related to Debtor's business operations, including a review of Debtor's books and records, a review and coordination of banking issues, assisting in the preparation of monthly reports to the Court and The Huntington National Bank, and the reconciliation of Debtor's financial statements and bank accounts. A total fee of $12,656.25 is asserted with respect to this project category.

## III. EVALUATION STANDARDS

The Accountant has asserted that the services of Accountant have benefited Debtor's bankruptcy estate and were likely to benefit the estate at the time the services were rendered. Based on the services of Accountant and the rates charged for the services performed, the Accountant asserts that the requested compensation is reasonable based on customary compensation charged by comparably skilled accountants. The Debtor does not agree.

## IV. SUMMARY OF FEES AND COSTS

The total amount of fees and costs for which final approval is sought is set forth as follows:

/ / /

|  | From | To | Fees | Costs |
|---|---|---|---|---|
| First Fee Application | 3/24/2025 | 5/31/2025 | $10,777.50 | $0 |
| Second Fee Application | 6/1/2024 | 9/15/2025 | $12,656.25 | $0 |
| TOTAL |  |  | $23,433.75 | $0 |

Upon approval of the Final Fee Application by the Court, the total amount of $12,656.25 will be due and payable to Accountant. The Debtor continues to review the requested fees and costs and will seek a hearing before the fees and costs are approved.

## V. CONCLUSION

Based upon the foregoing, the Accountant respectfully requests entry of an order (1) approving the Second and Final Fee Application; (2) allowing, as an administrative expenses, compensation to Accountant for services rendered in the amount of $12,656.25 for the time period June 1, 2025 through September 15, 2025; (3) providing final approval for all fees and expenses previously approved; (4) authorizing payment of approved and unpaid fees; and (5) granting such other and further relief as is deemed just and proper under the circumstances.

DATED this 30th day of September 2025.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for the Debtor*

# DEBTOR'S STATEMENT OF APPROVAL

Debtor's representative has reviewed the *Second and Final Application for Allowance of Interim Compensation and Reimbursement of Expenses of Accountant PS Business Consulting LLC* and the requested allowance of fees in the amount of $12,656.25 for the period of June 1, 2025 through September 15, 2025, and DOES NOT approve the same.

DATED this 1st day of October 2025.

By   /s/ Michael Blake Linthicum
Michael Blake Linthicum
Debtor's Authorized Representative

# Exhibit A

Pamela Singleton

13431 N Emberwood Drive

Sun City, AZ 85351

# Invoice

| Date | Invoice # |
|---|---|
| 6/16/2025 | 6.25.1 |

**Bill To**

Fortress Asphalt
17221 W Loma Lane
Wadell AZ 85355

| Description | Amount |
|---|---|
| 6.2 Cumulative invoices and statement to Alan M | 75.00 |
| 6.2 Axos Banking Error | 75.00 |
| 6.2 NMEF calls | 225.00 |
| 6.2 Paystub to Scott | 75.00 |
| 6.2 Calls w/BL re gmail, HB report etc | 12.50 |
| 6.2 two more paystubs to Scott | 75.00 |
| 6.2 Axos login issues | 75.00 |
| 6.3 Axos Tresuary Mangement Issues | 450.00 |
| 6.4 HB Report to AM | 87.50 |
| 6.4 Rec 2 of 3 bank accounts | 87.50 |
| 6.4 Call w/NL re Transfer and future bill payments | 37.50 |
| 6.4 Back/Forth emails w/AM re HB Report | 43.75 |
| 6.4 Pay Ditch Witch | 37.50 |
| 6.5 Bank Recs | 175.00 |
| 6.5 Turmn off auto payroll; Ford lease issues; calls/texts wtih Blake re cashfow | 450.00 |
| 6.5 NMEF issues | 150.00 |
| 6.6 NMEF issues calls with Nadine; Cintas; CNA issues calls with Max; emails with AM, BL calls witih BL; SBA deferral | 750.00 |
| 6.8 Call w/BL re CNA 2x attempts to pay CNA | 75.00 |
| 6.9 CNA Insurance issues & payment | 75.00 |
| 6.10Ins in QBO drive/meet w/NL | 150.00 |
| 6.11 Start May BK Report | 656.25 |
| 6.11 HB Transfer to cover SBA | 18.75 |
| 6.11 Payroll for guys | 37.50 |
| 6.12 Finish May BK | 525.00 |
| 6.13 Scan and email BK to AM w/Backup | 175.00 |
| **Total** | **$4,593.75** |

Pamela Singleton

13431 N Emberwood Drive

Sun City, AZ 85351

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2025 | 06.25.2 |

| Bill To |
|---|
| Fortress Asphalt<br>17221 W Loma Lane<br>Wadell AZ 85355 |

| Description | Amount |
|---|---:|
| 6.16 Turn off auto payroll for Blake; bank sync; cancel Elit Payroll Subscription | 150.00 |
| 6.17 Bank Sync,Call w/AM | 37.50 |
| 6.17 Provide existing policis and answer questions for new insurance quotes | 75.00 |
| 6.18 Bank Sync | 37.50 |
| 6.18 Bank Sync | 37.50 |
| 6.19 Bank Sync; Reconcile SBA/LOC Balances to HB; Tracy comments on May BK report | 112.50 |
| 6.20 Bank Sync | 37.50 |
| 6.20 Back/Forth on May BK report w/Tracy | 87.50 |
| 6.22 Bank Sync | 37.50 |
| 6.23 Bank Synce | 37.50 |
| 6.24 Bank Sync | 37.50 |
| 6.25 Bank Sync | 37.50 |
| 6.27 Bank Sync | 37.50 |
| 6.30 HB report, Insurance w/BL | 150.00 |

**Total** $912.50

Pamela Singleton

13431 N Emberwood Drive
Sun City, AZ 85351

# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2025 | 7.25 |

| Bill To |
|---|
| Fortress Asphalt<br>17221 W Loma Lane<br>Wadell AZ 85355 |

| Description | Amount |
|---|---|
| 7.1 Pay ALK, check status of insurance payments; For Lease surrendar instructions to BL | 112.50 |
| 7.2 Bank Reconciliations | 175.00 |
| 7.7 Bank Sync | 37.50 |
| 7.8 SBA Transfer, pay Travelers, Bank rec 4945 Bank Sync | 150.00 |
| 7.8 Call w/Tracy D re Form 425 changes | 87.50 |
| 7.8 June BK Filing | 525.00 |
| 7.9 Axos Bank Connect | 37.50 |
| 7.10 Axos sync Accoumnt #9746 issues | 37.50 |
| 7.11 Bank Sync | 37.50 |
| 7.12 Bank Sync and pay HB SBA/LOC | 75.00 |
| 7.15 Axos call to attempt linking account #9746 another scheduled for 7.16 | 112.50 |
| 7.15 finsih and submit June BK filing; revisions from Alan | 87.50 |
| 7.16 Axos Bank Sync account ****9746 | 75.00 |
| 7.22 Call with Devin re: Insurance | 75.00 |
| 7.23 Insurance requiremens prep for 7.30 meeting | 75.00 |
| 7.24 Prepare agenda for 7.30 meeting | 112.50 |
| 7.29 Bank Sync | 37.50 |
| 7.30 Bank Sync, start HB report | 37.50 |
| 7.31 Bank Sync | 37.50 |
| 7.31 HB Report | 87.50 |
| **Total** | **$2,012.50** |

Pamela Singleton

13431 N Emberwood Drive

Sun City, AZ 85351

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2025 | 08.2025. |

| Bill To |
|---|
| Fortress Asphalt<br>17221 W Loma Lane<br>Wadell AZ 85355 |

| Description | Amount |
|---|---|
| 8.1 Pay ALK, HB Report, Bank Sync | 75.00 |
| 8.3 Reconcile Bank accounts | 150.00 |
| 8.4 Bank Sync | 37.50 |
| 8.4 July BK Report | 393.75 |
| 8.5 Finalize July BK Report | 131.25 |
| 8.5 Bank Sync | 37.50 |
| 8.6 Submit Final BK | 87.50 |
| 8.6 Axos Team Meeting, QB Workforce | 150.00 |
| 8.8 Projections for Monday Meeting w/BL | 150.00 |
| 8.10 Transfer to HB | 37.50 |
| 8.11 Meet w/BL re: Ins App and misc | 75.00 |
| 8.11 Meet w;/NL re: Axos access on Ipad | 37.50 |
| 8.11 Bank Sync | 37.50 |
| 8.12 Bank Sync | 37.50 |
| 8.13 Bank Sync | 37.50 |
| 8.14 Bank Sync | 18.75 |
| 8.15 Bank Sync; Axox appt | 75.00 |
| 8.15 Insurance Application | 150.00 |
| 8.15 To Items from 8.11 meeting with BL | 150.00 |
| 8.18 Bank sync; finish/submit insurance applicaton; ACH training w/Axos ACH info requested/received from NMEF | 150.00 |
| 8.19 email with Rikor | 75.00 |
| 8.20 Bank Sync | 37.50 |
| 8.21 olicies recommended by new insurance agent; Bank Sync | 150.00 |
| 8.22 Axos on Ipad | 75.00 |
| 8.22 ACH test to NMEF | 75.00 |
| 8.25 Call w/BL; emails w/AM; Agenda for 8.25; Workforce/Time tracking | 450.00 |
| 8.26 Travel/Meetintime w/BL | 225.00 |
| 8.27 calls/work with Insurance Underwriter; texts to BL re: airplanes | 150.00 |
| 8.27 Huntington draft August; PS on Workforce | 112.50 |
| 8.28 Bank Sync: NMEF: Workforce I-9 | 225.00 |
| 8.29 HBank; Insurace old/new call w/BL | 150.00 |
| **Total** | **$3,743.75** |

Pamela Singleton

13431 N Emberwood Drive  
Sun City, AZ 85351

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2025 | 08.2025.3 |

**Bill To**

Fortress Asphalt  
17221 W Loma Lane  
Wadell AZ 85355

| Description | Amount |
|---|---:|
| 9.1 Pay ALK and SBA | 75.00 |
| 9.1 Bank Stmts; Bank Rec's and start BK report for August | 656.25 |
| 9.2 Finish BK for August | 437.50 |
| 9.3 Pay SBA | 37.50 |
| 9.9 Responses to enauk frin Devin re insurance | 75.00 |
| 9.12 Issues w/NMEF | 75.00 |
| 9.15 Calls/Issues w/Devin re: Insuance | 37.50 |
| **Total** | **$1,393.75** |