ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite. 204
Phoenix, Arizona 85003-1706
Phone (602) 682-2633
Email: Patty.Chan@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NEDDY, LLC<br>*dba* FORTRESS ASPHALT,<br><br>               Debtor. | In Proceedings under Chapter 11<br><br>Case No.: 2:25-bk-01459-BKM<br><br>**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE**<br><br>**Hearing Date and Time: April 2, 2026 at 2:30pm**<br><br>**Hearing Location: Courtroom 701** |

      NOTICE IS HEREBY GIVEN that a hearing on the *United States Trustee's Motion to Convert or Dismiss Case* filed in the above referenced case will be held on the **2ⁿᵈ day of April, 2026** at **2:30 p.m.**   Parties are to appear in person in Courtroom 701 of the United States Bankruptcy Court, District of Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003.

      Any interested party may attend and be heard on this matter.  A copy of the Motion is on file and available for review with the Clerk, U.S. Bankruptcy Court.

      Any response to the objection must be in writing and filed on or before March 26, 2026, with the Clerk, U.S. Bankruptcy Court, mailed or hand delivered to 230 North First Avenue, Suite 101 Phoenix, Arizona 85003, with a copy served on the U.S. Trustee,

230 North First Avenue, Suite 204, Phoenix, Arizona 85003.

      RESPECTFULLY SUBMITTED this 2nd day of March, 2026.

                        ILENE J. LASHINSKY
                        United States Trustee
                        District of Arizona

                        /s/ PC (#027115)
                        PATTY CHAN
                        Trial Attorney