Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 Subsection V |
| NEDDY, LLC, DBA FORTRESS ASPHALT, | Case No. 2:25-bk-01459-BKM |
| | **RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE** |
| Debtor. | **Hearing Date:**    **April 2, 2026**<br>**Hearing Time:**    **2:30 p.m.**<br>**Courtroom:**      **701** |

Debtor Neddy, LLC dba Fortress Asphalt ("**Debtor**"), through counsel undersigned, hereby files its response to the Motion to Convert or Dismiss Case ("**Motion to Dismiss**") [DE 155] filed by the United States Trustee Office. In response to the Motion to Dismiss, Debtor represents as follows:

1. On May 22, 2025, the Debtor filed its Plan of Reorganization Dated May 22, 2025, at DE 78 (the "**Plan**").

2. The Plan was confirmed by the Court on September 15, 2025, at DE 140 (the "**Confirmation Order**").

3. Notwithstanding the Confirmation Order, Debtor has not been able to continue to operate its business because it simply does not have the capital to grow the business. The Debtor has many opportunities to enter into paving contracts but most of those contracts do not pay for 120 days after completion of work, and the Debtor does not have sufficient capital to expand its operations or to fund more than one crew. As a result,

without the needed growth, the Debtor is stuck performing one contract at a time which doesn't provide sufficient net operating income to fund its Plan.

4. The Debtor currently has $91,767.90 which is the proceeds from a Crack seal job performed for Via Sun Corporation and completed in approximately October 2025. All of these funds are the cash collateral of The Huntington Bank (the "**Bank**") and will be turned over to the Bank.

5. Debtor has rental equipment which will be turned over to the appropriate lessor and trucks and trailers encumbered by security interests in favor of Ford Motor Company. The trucks and equipment are presently stored at a secure yard located at 5225 W. Luke Ave., Glendale, AZ which is utilized by the Debtor pursuant to a yard lease agreement. The Debtor does not have any other significant assets and has no unencumbered assets that could result in distributions to creditors.

6. It is Debtor's understanding that the Bank would prefer a dismissal of this case.

7. There are no assets in this case that are available for liquidation which would generate proceeds that can be distributed to creditors.

8. It is in the best interest of the creditors in this case for this case to be dismissed.

9. Of course, the Debor will file any further reports required by the Office of the United States Trustee or the Court.

10. Cause exists to dismiss this case.

Based on the foregoing, Debtor requests that the case be dismissed.

RESPECTFULLY SUBMITTED this 26th day of March 2026.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for Debtor*

ACKNOWLEDGED AND AGREED to
this 26th day of March 2026

NEDDY, LLC DBA FORTRESS ASPHALT

By: /s/ Michael Blake Linthicum
Michael Blake Linthicum, Manager

Served via ECF on CM/ECF
users this 26th day of March
2026, which constitutes service
pursuant to L.R. Bankr. P. 9076-1.

 /s/ Tracy Dunham
Tracy Dunham